United States Bankruptcy Court

Southern District of Georgia

In re:  
Paulla Jean Gibson  
Leslie Wray Gibson  
    Debtors

Case No. 22-10564-SDB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113J-1         User: admin         Page 1 of 5  
Date Rcvd: Dec 07, 2022         Form ID: 318         Total Noticed: 84

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Paulla Jean Gibson, Leslie Wray Gibson, 6489 Lincolnton Highway, Thomson, GA 30824-5162 |
| cr | | Portfolio Recovery Associates, LLC, P. O. Box 129035153937.51, Norfolk, VA 23541 |
| 7722452 | + | AES, ATTN: BANKRUPTCY, PO BOX 64378, ST. PAUL MN 55164-0378 |
| 7722455 | + | AUGUSTA PHYSICIANS GROUP LLC, PO BOX 100391, ATLANTA GA 30384-0391 |
| 7722459 | + | CARSHIELD, 503 PEARL DR., SAINT PETERS MO 63376-1071 |
| 7722460 | + | CBA/CREDIT BUREAU ASSOCIATES OF GEORGIA, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 1095, ELLIJAY GA 30540-0014 |
| 7722467 | + | DOCTORS HOSPITAL, 3654 WHEELER ROAD, AUGUSTA GA 30909-6520 |
| 7722468 | + | DOUGLAS COUNTY MAGISTRATE COURT, 8700 HOSPITAL DR., DOUGLASVILLE GA 30134-2264 |
| 7722469 | | EMORY PHYSICIANS GROUP, PO BOX 102398, ATLANTA GA 30368-2398 |
| 7722470 | | ESTATE INFORMATION SERVICES, LLC DBA EIS, FOR: DISCOVER BANK, PO BOX 1398, REYNOLDSBURG OH 43068-6398 |
| 7722471 | + | EXCALIBUR HOMES LLC, 2855 MARCONI DR. # 310, ALPHARETTA GA 30005-2037 |
| 7722474 | + | GOLD CROSS EMS, 4328 WHEELER ROAD, AUGUSTA GA 30907-9740 |
| 7722475 | | GOOD SAMARITAN HOSPITAL, PO BOX 7638, ATHENS GA 30604-7638 |
| 7722482 | + | LSM MEDIA, LLC, PO BOX 1004, PARK RIDGE IL 60068-7004 |
| 7722483 | + | MAGISTRATE COURT OF LINCOLN COUNTY, PO BOX 205, LINCOLNTON GA 30817-0205 |
| 7722484 | | MCDUFFIE COUNTY EMS, 210 RAILROAD STREET, THOMSON GA 30824-2737 |
| 7722486 | | MEDICAL REVENUE SERVICES, PO BOX 3475, TOLEDO OH 43607-0475 |
| 7722487 | + | MEDNOW URGENT CARE, 2851 WASHINGTON ROAD, AUGUSTA GA 30909-2131 |
| 7722488 | | MICHAEL ANDREWS & ASSOCIATES LLC, FOR: AUTOVEST, L.L.C., PO BOX 3875, SOUTHFIELD MI 48037-3875 |
| 7749528 | + | McCormick County EMS, PO Box 84278, Lexington, SC 29073-0005 |
| 7722492 | ++ | NEW MEXICO EDUCATIONAL ASSISTANCE FOUNDATION, BANKRUPTCY DEPT, PO BOX 93970, ALBUQUERQUE NM 87199-3970 address filed with court:, NEW MEXICO STUDENT LOANS, ATTN: BANKRUPTCY, PO BOX 27020, ALBUQUERQUE NM 87125 |
| 7722494 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, FOR: SYNCHRONY BANK/PEP BOYS, PO BOX 129035153937.51, NORFOLK VA 23541 |
| 7722499 | | ROCKY MOUNTAIN CAPITAL MANAGEMENT, 2802 NIAGARA FALLS BLVD., NIAGARA FALLS NY 14304 |
| 7722500 | + | SAINT MARY'S HOSPITAL, 1230 BAXTER STREET, ATHENS GA 30606-3791 |
| 7722502 | | SQUARE CAPITAL, 29052 NETWORK PL., CHICAGO IL 60673-1290 |
| 7722503 | + | SQUARE CAPITAL MANAGEMENT, L.P., 787 11TH AVE. 9TH FLOOR, NEW YORK NY 10019-3584 |
| 7722512 | | US SMALL BUSINESS, 233 PEACHTREE ST. NE SUITE 300, NORCROSS GA 30003 |
| 7722513 | + | WEBER & OLCESE, P.L.C., 2700 STANLEY GAULT PARKWAY, STE. 130, LOUISVILLE KY 40223-5133 |
| 7722514 | | WELLSTAR HEALTH SYSTEM, INC., PO BOX 742625, ATLANTA GA 30374-2625 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: ATLASACQU | Dec 07 2022 23:33:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | EDI: AISACG.COM | Dec 07 2022 23:33:00 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

**Case:22-10564-SDB   Doc#:43   Filed:12/09/22   Entered:12/10/22 00:30:07   Page:2 of 7**

| District/off: 113J-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 07, 2022 | Form ID: 318 | Total Noticed: 84 |

| | | | | |
|---|---|---|---|---|
| cr | | + EDI: JEFFERSONCAP.COM | Dec 07 2022 23:33:00 | Jefferson Capital Systems, LLC, P. O. Box 17210, Golden, CO 80402-6020 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 07 2022 18:35:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101-4982 |
| cr | | EDI: PRA.COM | Dec 07 2022 23:33:00 | Portfolio Recovery Associates, LLC, P O Box 41067, Norfolk, VA 23541 |
| 7722451 | + | Email/Text: bankruptcynotices@aarons.com | Dec 07 2022 18:36:00 | AARONS, PO BOX 100039, KENNESAW GA 30156-9239 |
| 7722453 | + | Email/Text: backoffice@affirm.com | Dec 07 2022 18:36:00 | AFFIRM, INC., ATTN: BANKRUPTCY, 30 ISABELLA ST, FLOOR 4, PITTSBURGH PA 15212-5862 |
| 7722506 | | Email/Text: ALBC_Bankruptcy_Notices@teamhealth.com | Dec 07 2022 18:35:00 | TEAM HEALTH, ALCOA BILLING CENTER, 3429 REGAL DR., ALCOA TN 37701-3265 |
| 7722454 | + | EDI: GMACFS.COM | Dec 07 2022 23:33:00 | ALLY FINANCIAL, PO BOX 130424, SAINT PAUL MN 55113-0004 |
| 7727232 | | EDI: ATLASACQU | Dec 07 2022 23:33:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 7748788 | | Email/Text: accounts@augustacollections.com | Dec 07 2022 18:35:00 | AUGUSTA COLLECTION AGENCY, INC, P O BOX 14938, AUGUSTA, GA 30919 |
| 7722456 | + | EDI: TSYS2 | Dec 07 2022 23:33:00 | BARCLAYS BANK DELAWARE, ATTN: BANKRUPTCY, PO BOX 8801, WILMINGTON DE 19899-8801 |
| 7749527 | | Email/Text: bankruptcies@mcbs.com | Dec 07 2022 18:36:00 | Brown & Radiology Associates, PO Box 3845, Augusta, GA 30914-3845 |
| 7722458 | + | EDI: CAPITALONE.COM | Dec 07 2022 23:33:00 | CAPITAL ONE, ATTN: BNAKRUPTCY, P.O. BOX 30285, SALT LAKE CITY UT 84130-0285 |
| 7722461 | | EDI: CITICORP.COM | Dec 07 2022 23:33:00 | CITIBANK NORTH AMERICA, CITIBANK SD MC 425, 5800 SOUTH CORP PLACE, SIOUX FALLS SD 57108 |
| 7722462 | | Email/Text: correspondence@credit-control.com | Dec 07 2022 18:36:00 | CREDIT CONTROL, LLC, FOR: CONTINENTAL FINANCE COMPANY, LLC, 3300 RIDER TRAIL S., SUITE 500, EARTH CITY MO 63045 |
| 7722463 | + | EDI: CMIGROUP.COM | Dec 07 2022 23:33:00 | CREDIT MANAGEMENT LP, 6080 TENNYSON PARKWAY, PLANO TX 75024-6002 |
| 7722464 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 07 2022 18:39:25 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS NV 89193-8873 |
| 7722465 | + | Email/Text: ebankruptcy@cbamacon.com | Dec 07 2022 18:36:00 | CREDITORS BUREAU ASSOCIATES, ATTN: BANKRUPTCY, 112 WARD ST, MACON GA 31204-3147 |
| 7752804 | + | EDI: AIS.COM | Dec 07 2022 23:33:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 7748865 | | EDI: CITICORP.COM | Dec 07 2022 23:33:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 7722466 | + | EDI: DISCOVER.COM | Dec 07 2022 23:33:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY OH 43054-3025 |
| 7749111 | | EDI: DISCOVER.COM | Dec 07 2022 23:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 7722472 | + | EDI: AMINFOFP.COM | Dec 07 2022 23:33:00 | FIRST PREMIER BANK, ATTN: BANKRUPTCY, PO BOX 5524, SIOUX FALLS SD 57117-5524 |

Case:22-10564-SDB   Doc#:43   Filed:12/09/22   Entered:12/10/22 00:30:07   Page:3 of 7

| District/off: 113J-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 07, 2022 | Form ID: 318 | Total Noticed: 84 |

| | | | | |
|---|---|---|---|---|
| 7722473 | + | EDI: GADEPTOFREV.COM | Dec 07 2022 23:33:00 | GA DEP'T OF REVENUE, 1800 CENTURY BOULEVARD, NE, SUITE 9100, ATLANTA GA 30345-3202 |
| 7722476 | + | EDI: LCIICSYSTEM | Dec 07 2022 23:33:00 | I.C. SYSTEM INC., FOR: BORTOLAZZO GROUP, LLC, PO BOX 64378, SAINT PAUL MN 55164-0378 |
| 7722477 | + | Email/Text: RCG_ComplianceDept@assurant.com | Dec 07 2022 18:36:00 | IQ DATA INTERNATIONAL, ATTN: BANKRUPTCY, PO BOX 340, BOTHELL WA 98041-0340 |
| 7722478 | | EDI: IRS.COM | Dec 07 2022 23:33:00 | IRS, PO BOX 7346, PHILADELPHIA PA 19101-7346 |
| 7722479 | + | EDI: JEFFERSONCAP.COM | Dec 07 2022 23:33:00 | JEFFERSON CAPITAL SYSTEMS. LLC, FOR: BARCLAYCARD/MERCURY CARD, PO BOX 17210, GOLDEN CO 80402-6020 |
| 7722480 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 07 2022 18:35:00 | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE WI 53201-3043 |
| 7722481 | + | Email/Text: bankruptcyteam@lgeccu.org | Dec 07 2022 18:36:00 | LGE COMMUNITY CREDIT UNION, ATTN: BANKRUPTCY, PO BOX 1188, MARIETTA GA 30061-1188 |
| 7745938 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 07 2022 18:39:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 7722485 | + | Email/Text: MDSBankruptcies@meddatsys.com | Dec 07 2022 18:35:00 | MEDICAL DATA SYSTEMS (MDS), 2001 9TH AVENUE, SUITE 312, VERO BEACH FL 32960-6413 |
| 7745939 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 07 2022 18:39:11 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 7722489 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 07 2022 18:36:00 | MIDLAND FUND, ATTN: BANKRUPTCY, 350 CAMINO DE LA REINE, SUITE 100, SAN DIEGO CA 92108-3007 |
| 7722490 | | Email/Text: EBN@Mohela.com | Dec 07 2022 18:36:00 | MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005 |
| 7758946 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 07 2022 18:36:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 7722491 | ^ | MEBN | Dec 07 2022 18:30:03 | NATIOWIDE RECOVERY SERVICE, ATTN: BANKRUPTCY, 5655 PEACHTREE PARKWAY, NORCROSS GA 30092-2812 |
| 7722457 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 07 2022 18:35:00 | BBVA COMPASS, ATTN: BANKRUPTCY, P.O. BOX 10566, BIRMINGHAM AL 35296 |
| 7722496 | | EDI: PRA.COM | Dec 07 2022 23:33:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK VA 23502 |
| 7722495 | | EDI: PRA.COM | Dec 07 2022 23:33:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, FOR: SYNCHRONY BANK/AMAZON, PO BOX 41067, NORFOLK VA 23541 |
| 7722497 | + | Email/Text: ngisupport@radiusgs.com | Dec 07 2022 18:36:00 | RADIUS GLOBAL SOLUTIONS LLC, FOR: MY BEST BUY, PO BOX 390905, MINNEAPOLIS MN 55439-0905 |
| 7722498 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 07 2022 18:39:20 | RESURGENT CAPITAL SERVICES, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE SC 29603-0497 |
| 7747718 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 07 2022 18:39:13 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 7722501 | + | Email/Text: bankruptcy@selfregional.org | Dec 07 2022 18:36:00 | SELF REGIONAL HEALTHCARE, 1325 SPRING STREET, GREENWOOD SC |

Case:22-10564-SDB  Doc#:43  Filed:12/09/22  Entered:12/10/22 00:30:07  Page:4 of 7

| District/off: 113J-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 07, 2022 | Form ID: 318 | Total Noticed: 84 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 29646-3875 |
| 7722504 | + | EDI: RMSC.COM | Dec 07 2022 23:33:00 | SYNCB/BELK, PO BOX 965028, ORLANDO FL 32896-5028 |
| 7722505 | + | EDI: RMSC.COM | Dec 07 2022 23:33:00 | SYNCB/WAL-MART, PO BOX 965024, ORLANDO FL 32896-5024 |
| 7722996 | + | EDI: RMSC.COM | Dec 07 2022 23:33:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 7722507 | | EDI: TCISOLUTIONS.COM | Dec 07 2022 23:33:00 | TOTAL VISA, PO BOX 5220, SIOUX FALLS SD 57117-5220 |
| 7722510 | | Email/Text: USAGAS.BNCbankruptcy@usdoj.gov | Dec 07 2022 18:35:00 | US ATTORNEY, AUGUSTA OFFICE - IRS, PO BOX 2017, AUGUSTA GA 30903 |
| 7723439 | | Email/Text: USAGAS.BNCbankruptcy@usdoj.gov | Dec 07 2022 18:35:00 | United States Attorney, P.O. Box 2017, Augusta GA 30903 |
| 7722493 | | Email/Text: marsha.waller@piedmont.org | Dec 07 2022 18:35:00 | PIEDMONT MCDUFFIE, PO BOX 100062, ATLANTA GA 30348-0062 |
| 7722508 | ^ | MEBN | Dec 07 2022 18:30:22 | US ATTORNEY GENERAL, WASHINGTON DC 20530-0001 |
| 7722509 | ^ | MEBN | Dec 07 2022 18:30:23 | US ATTORNEY'S OFFICE, 555 4TH STREET, NW, WASHINGTON DC 20530-0001 |
| 7722511 | + | Email/Text: bankruptcy@usauto-finance.com | Dec 07 2022 18:36:00 | US AUTO FINANCE, PO BOX 1203, LAWRENCEVILLE GA 30046-1203 |

TOTAL: 55

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2022                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James C. Overstreet Jr. | jco@klosinski.com joverstreet@ecf.epiqsystems.com;jco-trustee@ecf.inforuptcy.com;jlund@klosinski.com;jco@trustesolutions.net;cjco11@trustesol |

Case:22-10564-SDB  Doc#:43  Filed:12/09/22  Entered:12/10/22 00:30:07  Page:5 of 7

| | | | |
|---|---|---|---|
| District/off: 113J-1 | User: admin | | Page 5 of 5 |
| Date Rcvd: Dec 07, 2022 | Form ID: 318 | | Total Noticed: 84 |

| | |
|---|---|
| | utions.net |
| James C. Overstreet Jr. | on behalf of Trustee James C. Overstreet Jr. jco@klosinski.com joverstreet@ecf.epiqsystems.com;jco-trustee@ecf.inforuptcy.com;jlund@klosinski.com;jco@trustesolutions.net;cjco11@trustesolutions.net |
| James C. Overstreet, Jr. | on behalf of Trustee James C. Overstreet Jr. jco@klosinski.com  4978@notices.nextchapterbk.com |
| Kathryn A. Brow Aho | on behalf of Debtor Paulla Jean Gibson office@duncanbrow.com  k.brow@duncanbrow.com |
| Kathryn A. Brow Aho | on behalf of Joint Debtor Leslie Wray Gibson office@duncanbrow.com  k.brow@duncanbrow.com |
| Office of the U. S. Trustee | Ustpregion21.sv.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Paulla Jean Gibson<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4491<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Leslie Wray Gibson<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4975<br>EIN   __–_____ |
| United States Bankruptcy Court   Southern District of Georgia | | |
| Case number:   22-10564-SDB | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Paulla Jean Gibson
aka Paulla Guthrie, aka Paulla Daily, aka Paulla Eddinger

Leslie Wray Gibson



Susan D. Barrett
United States Bankruptcy Judge
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

Dated: 12/7/22

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

**Because no party in interest filed a request for an order of dismissal pursuant to 11 U.S.C. § 521(i)(2), the Debtor(s) was not required to file any further document pursuant to §521(a)(1)(B) to avoid an automatic dismissal and this case is not and was not subject to automatic dismissal under §521(i)(1). This does not prevent any party in interest from requesting by motion that Debtor(s) supply further information described in § 521(a)(1)(B), and this does not prevent the United States Trustee or Chapter 7 Trustee from requesting by any authorized means, including but not limited to motion, that the Debtor supply further information.**

---

Official Form 318    **Order of Discharge**    page 2